UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-mj-1195-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| ALEXIS DAWN JOHNSON | ) | |

The United States Attorney charges that:

### Count One

On or about October 24, 2015, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ALEXIS DAWN JOHNSON, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance, and with an alcohol concentration of .08 or greater at a relevant time after driving, to wit: an alcohol concentration of .11, all in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

### Count Two

On or about October 24, 2015, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ALEXIS DAWN JOHNSON, did knowingly and unlawfully drive a motor vehicle on a highway or public vehicular area without due caution and circumspection in a manner that did or could

endanger other persons, in that the defendant drove her vehicle at high rates of speed, to wit: 70 in a 35 mph zone, in violation of North Carolina General Statute, Section 20-140(b), as assimilated by the provisions of Title 18, United States Code, Section 13.

THOMAS G. WALKER
United States Attorney

By _____
CHRISTOPHER J. NASSAR
Special Assistant U.S. Attorney
Criminal Division