FILED IN OPEN COURT
ON 2-10-16 BC
Julia Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern ~~WESTERN~~ DIVISION

No. 7:15-mj-1195-RJ

United States of America,

v.

Alexis Dawn Johnson

Defendant.

**Declaration**

I, Alexis Johnson, declare that I do not currently have in my possession, custody, or control a valid driver's license, provisional driver's license, or temporary driving certificate that was issued by any federal, state, or local governmental authority.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date: 2-10-2016

SIGNATURE

Alexis Johnson
PRINTED NAME