UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

**FILED**

**JUL 1 4 2016**

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:15-MJ-1195-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | SECOND SUPERSEDING CRIMINAL INFORMATION |
| ) | |
| ALEXIS DAWN JOHNSON ) | |

The United States Attorney charges that:

### Count One

On or about October 24, 2015, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ALEXIS DAWN JOHNSON, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance, and with an alcohol concentration of .08 or greater at a relevant time after driving, to wit: an alcohol concentration of .11, all in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

### ALLEGATION OF THE EXISTENCE OF AT LEAST TWO
### GROSSLY AGGRAVATING FACTOR

For purposes of Title 18, United States Code, Section 13 and North Carolina General Statute Sections 20-138.1, 20-179(c), and 20-179(f3), there are at least two grossly aggravating factors that apply in this case:

1) The Defendant, ALEXIS DAWN JOHNSON, has one prior

conviction for driving while impaired that occurred within seven years of the offense charged: Case Number 2015CR052591 - Onslow County, NC.

2) At the time of the offense charged, the Defendant was driving while her driver's license was revoked under North Carolina General Statute 20-28, and the revocation was an impaired driving revocation under North Carolina General Statute 20-28(a).

### Count Two

On or about October 24, 2015, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ALEXIS DAWN JOHNSON, did knowingly and unlawfully drive a motor vehicle on a highway or public vehicular area without due caution and circumspection in a manner that did or could endanger other persons, in that the defendant drove her vehicle at high rates of speed, to wit: 70 in a 35 mph zone, in violation of North Carolina General Statute, Section 20-140(b), as assimilated by the provisions of Title 18, United States Code, Section 13.

### Count Three

On or about October 24, 2015, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ALEXIS DAWN JOHNSON, did unlawfully and willfully operate a motor vehicle upon a street, highway, or public vehicular area while her license was suspended, in violation of North

Carolina General Statute, Section 20-28(a), as assimilated by Title 18, United States Code, Section 13.

JOHN STUART BRUCE
Acting United States Attorney

By: _____
MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division