AO 83 (Rev. 01/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

RECEIVED MAY 22 2018 U.S. Marshals Service, EDNC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:15-mj-1195-RJ |
| ALEXIS DAWN JOHNSON | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☑ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: Alton Lennon Federal Building<br>2 Princess Street<br>Wilmington, NC 28401 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 06/07/2018 08:30 am |

This offense is briefly described as follows:

Failure to participate in drug/alcohol treatment program as directed by probation officer, failure to pay monetary obligation, criminal conduct and failure to notify probation officer within 72 hours of being arrested or questioned by law enforcement

Date: 05/22/2018

*Issuing officer's signature*

Jacqueline B. Grady, Deputy Clerk
*Printed name and title*

FILED MAY 31 2018 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK

### Proof of Service

This summons was received by me on (date) 5/22/18.

☑ I personally served the summons on this defendant See Remarks
(place) ___ on (date) 5/24/18 ; or

☐ On (date) ___, I left the summons at the defendant's residence or usual place of abode
with (name) ___, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because ___

I declare under penalty of perjury that this information is true.

Date returned: 5/30/18

Mark Mansell for Erik Graf
*Server's signature*

Mark Mansell DUSM
*Printed name and title*

Remarks: USPO Erik Graf left Notice at Residence. Johnson called him acknowledging receipt

Case 7:15-mj-01195-RJ   Document 28   Filed 05/31/18   Page 1 of 1